**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 07-80531-CIV-RYSKAMP/VITUNAC

TIM SZAKATS,

      Plaintiff,

v.

SABOR HAVANA CIGARS OF PALM
BEACH, INC., a Florida corporation

      Defendant.

_____/

## ORDER DENYING SETTLEMENT AGREEMENT

THIS CAUSE comes before the Court upon the Parties' Joint Motion to Dismiss
Case with Prejudice and Approve Settlement Agreement **[DE 12]** filed on November 15,
2007.  The Parties note that the  Eleventh Circuit, in *Lynn's Food Stores, Inc. v. United
States*, 679 F.2d 1350 (11th Cir. 1982), requires that claims for unpaid overtime wages
under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201 et seq., may only be
settled or compromised with the approval of the Court or the Secretary of Labor.  The
Parties, however, failed to include a copy of the settlement agreement for this Court's
review.  Instead, the Parties, in a footnote, state that "should the Court require a review of
the agreement, then counsel shall provide same to the Court for an *in camera* inspection."
As stated above, clearly established Eleventh Circuit law requires that this Court
personally review each settlement agreement in any FLSA settlement before determining
whether approving same.  Thus, it is impossible for this Court to accept a settlement
agreement that they Parties omitted from the record.

Moreover, when a settlement agreement requires approval by the Court, special circumstances must exist in order to deny the public access to the agreement. See Brown v. Advantage Eng'g Inc., 960 F.2d 1013, 1016 (11th Cir. 1992) ("Once a matter is brought before a court for resolution, it is no longer solely the parties' case, but also the public's case.  Absent a showing of extraordinary circumstances . . . , the court file must remain accessible to the public.").  Accordingly, the Court must deny the motion and will only consider a motion to dismiss that includes the settlement agreement filed on the record.

Based on the above, it is hereby

ORDERED AND ADJUDGED that the Parties' Joint Motion to Dismiss **[DE 12]** is **DENIED**.  This case shall remain open and pending until the parties submit a copy of the settlement agreement, on the record, for this Court's review and approval. The parties have ten days from the date of this Order to submit the settlement agreement.

DONE AND ORDERED in West Palm Beach, Florida this 15 day of November, 2007.

_____/s/ Kenneth L. Ryskamp_____
KENNETH L. RYSKAMP
United States District Judge

Copies provided to:
All counsel of record